UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

JAQUELINE PARK CASTILLO, as
Administratrix of The ESTATE OF VICTOR
PARK CASTILLO, and JACQUELINE PARK
CASTILLO,                                     ORDER

                    Plaintiffs,     CV 2012-0352 (MDG)

     - against -

TRUMP ENTERTAINMENT RESORTS, INC., et
al.,

                    Defendants.

- - - - - - - - - - - - - - - - - - -X

Upon reading and filing the Affidavit of JACQUELINE PARK

CASTILLO, as Administratrix of the Estate of VICTOR PARK CASTILLO,

deceased, duly sworn to the 2nd day of June 2014, the affirmations

of REGINA C. NICHOLS, ESQ., of NICHOLS & CANE LLP, the attorneys for

the plaintiffs, dated June 2, 2014 and June 17, 2014, respectively,

and upon all of the pleadings and proceedings heretofore had herein

and due deliberation having been had herein, and upon all the papers

and proceedings herein,

NOW, on motion of REGINA C. NICHOLS, ESQ., attorney for the

plaintiffs, it is hereby ORDERED, that the settlement provided for

herein is deemed adequate and in the best interest of the Estate of

VICTOR PARK CASTILLO; and it is further

ORDERED, that the attorneys' fee and costs requested are fair

and reasonable; and it is further

ORDERED, that JACQUELINE PARK CASTILLO, as Administratrix of

the Estate of VICTOR PARK CASTILLO, deceased be, and she hereby is

authorized and empowered to enter into a compromise and settlement

of the claims for the wrongful death and conscious pain and

suffering of VICTOR PARK CASTILLO, deceased against the defendants, RODEWAY INN, CHOICE HOTELS INTERNATIONAL, INC., CHOICE HOTELS INTERNATIONAL, INC. d/b/a RODEWAY INN, ENSIGN MOTEL, INC., ENSIGN MOTEL INC. d/b/a RODEWAY INN, consideration set forth herein and to be paid to or on behalf of said decedent in the settlement sum of $450,000 and it is further,

ORDERED, that JACQUELINE PARK CASTILLO, as Administratrix of the Estate of VICTOR PARK CASTILLO deceased be and is hereby authorized and permitted to execute and deliver a General Release, Stipulation of Discontinuance and Hold Harmless Agreement to defendants, together with any and all papers necessary to effectuate the settlement herein; and it is further;

ORDERED, that the defendants, RODEWAY INN, CHOICE HOTELS INTERNATIONAL, INC., CHOICE HOTELS INTERNATIONAL, INC. d/b/a RODEWAY INN, ENSIGN MOTEL, INC., ENSIGN MOTEL INC. d/b/a RODEWAY INN, shall be within the time frame set forth in CPLR 5003-a pay the sum of $450,000 check payable to JACQUELINE PARK CASTILLO as Administratrix of the Estate of VICTOR PARK CASTILLO, deceased and NICHOLS & CANE, LLP, as attorney; and it is further,

ORDERED, upon receipt of the settlement monies, plaintiff's attorneys shall deposit funds into an interest bearing escrow account pending determination by the Surrogate's Court of Queens County of plaintiff's petition for allocation and distribution on behalf of the decedent's estate; and it is further

ORDERED, that NICHOLS & CANE LLP shall continue to serve as attorney for the Estate until the entry of a final decree in the Surrogate's Court; and it is further

ORDERED, that the filing of a bond is dispensed with; and it is further

ORDERED, that plaintiff's claims against all defendants are dismissed with leave to reopen if the settlement is not consummated.

**SO ORDERED.**

Dated:      Brooklyn, New York
            July 22, 2014

                            __/s/_____
                            MARILYN D. GO
                            UNITED STATES MAGISTRATE JUDGE